**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6521**

RICARDO FISHBOURNE, a/k/a Ricardo Fishburne,

Plaintiff - Appellant,

v.

COLLETON COUNTY SOLICITOR OFFICE; COLLETON COUNTY SHERIFF OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Timothy M. Cain, District Judge.  (2:20-cv-00122-TMC)

Submitted:  September 24, 2020                    Decided:  September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ricardo Fishbourne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo Fishbourne appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Fishbourne's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fishbourne v. Colleton Cnty. Solic. Off.*, No. 2:20-cv-00122-TMC (D.S.C. Apr. 7, 2020). We deny Fishbourne's motion for appointment of counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
